UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO.: 15-15597-BKC-RBR**
PROCEEDING UNDER CHAPTER 13

IN RE:

ESTHER CINE
XXX-XX-5476

<u>DEBTOR                        </u>/

## NOTICE OF CONTINUED CONFIRMATION HEARING

   YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to <u>October 15, 2015</u> at <u> 9:00 AM </u> at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 308, Fort Lauderdale, FL 33301.

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 29th day of September, 2015.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.:  15-15597-BKC-RBR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
ESTHER CINE
20165 NW 10 STREET
PEMBROKE PINES, FL  33029-3428

**ATTORNEY FOR DEBTOR**
SAMUEL S. SOROTA, ESQUIRE
801 N.E. 167TH STREET
SUITE 308
NORTH MIAMI BEACH, FL  33162

**SAMUEL S. SOROTA, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.